CLOSED, HABEAS, MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:04-cv-04291-ILG
## Internal Use Only

Tuzzo v. United States of America  
Assigned to: Senior-Judge I. Leo Glasser  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 10/04/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

05-1114 Z

**Petitioner**

**Charles Tuzzo**  represented by  **Mathew J. Mari**  
225 Broadway  
Suite 3400  
New York, NY 10007  
(212)227-5335  
Fax: 212-385-2984  
Email: mjmesq@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*



A TRUE COPY
DATE 5/27 20 05
[signature] DEPUTY CLERK

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2004 | 1 | PETITION for Writ of Habeas Corpus, filed by Charles Tuzzo. (Attachments: # 1 Civil Cover Sheet # 2 exhibit a-d# 3 exhibit e-p# 4 exhibit q-u)(Bowens, Priscilla) (Entered: 10/07/2004) |
| 10/04/2004 | 2 | MEMORANDUM in Support of Motion to Correct Sentence Pursuant to 28 U.S.C. 2255 by Charles Tuzzo. (Bowens, Priscilla) (Entered: 10/07/2004) |
| 10/04/2004 |  | CASE FILING FEE: $ 150, receipt number 300145 (Bowens, Priscilla) (Entered: 10/07/2004) |
| 10/04/2004 |  | ***Magistrate Judge Pohorelsky chosen by random selection to handle matters that may be referred in this case. (Bowens, Priscilla) (Entered: 10/07/2004) |

| | | |
|---|---|---|
| 10/26/2004 | ●3 | ORDER TO SHOW CAUSE, The U.S. Attorney show Cause before the Court by filing papers in opposition to the motion, why the motion should not be granted on or before 11/12/2004.. Signed by Judge I. Leo Glasser on 10/22/04. (Sica, Michele) (Entered: 10/26/2004) |
| 12/06/2004 | ●4 | ORDER, GRANTING the extention of time to reply until 12/30/04. (see ltr dtd 11/23/04) . Signed by Judge I. Leo Glasser on 11/24/04. (Sica, Michele) (Entered: 12/06/2004) |
| 12/30/2004 | ●5 | ORDER Granted for an extention of time to reply by 01/07/05. (see ltr dtd 12/20/04) . Signed by Judge I. Leo Glasser on 12/22/04. (Sica, Michele) (Entered: 12/30/2004) |
| 01/14/2005 | ●6 | ORDER granted for the request for an adjournment to 1/13/05 . Signed by Judge I. Leo Glasser on 1/4/05. (Sica, Michele) (Entered: 01/14/2005) |
| 04/05/2005 | ●7 | ORDER on Motion to Vacate, Set Aside or Correct Sentence (2255)Motion converted to 2241 and case transferred to the Eastern District of Massachusetts. Signed by Judge I. Leo Glasser on 04/05/05. (Chiodo, Marie) (Entered: 04/05/2005) |
| 05/27/2005 | ● | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. acknowledgement requested (Sica, Michele) (Entered: 05/27/2005) |
| 05/27/2005 | ●8 | MEMORANDUM OF LAW IN REPLY TO GOVERNMENT'S OBJECTION TO MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C 2255 by Charles Tuzzo. (exhibits A-G attached) (Sica, Michele) (Entered: 05/27/2005) |
| 05/27/2005 | ●9 | Letter dtd 3/14/05 from Mathew Mari to Judge Glasser, requesting an expedited hearing and decision on section 2255 motion. (Sica, Michele) (Entered: 05/27/2005) |
| 05/27/2005 | ●10 | MEMORANDUM IN OPPOSITION TO CHARLES TUZZO'S SECTION 2255 PETITION AND HIS MOTION TO AMEND HIS PRESENTENCE REPORT by THE United States of America (Sica, Michele) (Entered: 05/27/2005) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
Terry vaughn

Chief Deputy

U.S. Courthouse
225 Cadman Plaza E.
Brooklyn, New York
11201
(718) 260-2584
Fax: (718) 260-2546

Michele_Sica@nyed.uscourts.gov

May 27, 2005

MAGISTRATE JUDGE

Mr. Tony Anastas Clerk
District of Massachusetts
United States Courthouse
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

05 - 11145 RWZ

In re: **CHARLES TUZZO VS UNITED STATES OF AMERICA**
EDNY Case No.: 04CV-4291

Pursuant to the order of Judge Sterling Johnson transferring this action to your court, the following documents are herewith enclosed:

    __X__    Certified copy of order of transfer

    __X__    Certified copy of docket sheet

    __X__    Entire file (except documents)

    ____    Entire File

    ____    Other

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

Robert C. Heinemann
Clerk of Court

By:   <u>Michele Sica</u>
Deputy Clerk

Encl.

cc: Case File

_____
_____
       Received By:                                                    Date

                                            Very truly yours,

                                            Michele Sica
                                            Deputy Clerk

Enclosures