UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>CHARLES TUZZO,              )<br>            Petitioner,      )<br>                              )<br>v.                            )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>            Respondent.       )<br>_____ ) | CIVIL ACTION<br>NO. 05-11145-RWZ |

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the respondent in the above matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was sent by first class mail on June 21, 2005, to petitioner's counsel of record.

/s/Eugenia M. Carris
Dated: June 21, 2005         Eugenia M. Carris