UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES TUZZO,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-11145-RWZ<br>)<br>)<br>)<br>) |

**JOINT MOTION TO CONTINUE HEARING**

    The parties jointly move this Court to grant a three week continuance of the hearing currently set for July 26, 2005 at 2:45 p.m. As grounds therefor, the parties state that they are currently attempting to resolve this matter short of litigation and require additional time to work toward that end. They will promptly inform the Court if and when this matter is resolved.

Wherefore, the parties request that the Court continue this matter for three weeks to allow the parties additional time to resolve this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

and

CHARLES TUZZO

/s/Flora Edwards/EMC
Flora Edwards (fe0808)
61 Broadway, Suite 1105
New York, NY 10006
(212) 785-3344
*Will file motion for admission pro hac vice*

July 21, 2005