UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
CHARLES TUZZO,                    :
                                  :
                Petitioner,       :   NO. 05-11145-RWZ
                                  :
    -against-                     :   MOTION IN SUPPORT OF *PRO*
                                  :   *HAC VICE* APPLICATION
UNITED STATES OF AMERICA,         :
                                  :
                Respondent.:
---------------------------------x

The undersigned local counsel hereby moves that FLORA EDWARDS be admitted pro hac vice in the above captioned case.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and of this Court and know of no reason why this Application should not be granted.

Boston, Massachusetts
June 23, 2005

                                    _____
                                    Max D. Stern (5687)
                                    BBO #479560
                                    Stern Shapiro Weissberg & Garin
FILING FEE PAID:                    90 Canal Street
RECEIPT # 65760                     Boston, MA 02114
AMOUNT $ 50.00                      (617) 742-5800
BY DPTY CLK
DATE 7/21/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
CHARLES TUZZO,                          :
                                        :
                    Petitioner,         :   NO. 05-11145-RWZ
                                        :
        -against-                       :   APPLICATION FOR ADMISSION
                                        :   *PRO HAC* VICE
UNITED STATES OF AMERICA,               :
                                        :
                    Respondent.         :
------------------------------------------------x

Pursuant to Local Rule 83.5.3(b), FLORA EDWARDS, an active member in good standing of the bar of the State of New York and the State of New Jersey, hereby applies for admission to practice in the District of Massachusetts *pro hac vice* representing CHARLES TUZZO in the above-entitled action.

In support of this application I certify under oath that:

1.   I am an active member in good standing of the bars of the highest court in the States of New York and New Jersey. My Certificates of Good Standing are annexed hereto.

2.   In addition, I am admitted to practice in the United States District Courts of the Eastern District of New York, the Southern District of New York, the District of New Jersey and the United States Courts of Appeals for the First Circuit, the Second Circuit, and the Eleventh Circuit and the Supreme Court of the United States.

1

3. I agree to abide by the Local Rules of the District of Massachusetts.

4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the Commonwealth of Massachusetts has moved my admission and will serve as local counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Max D. Stern (5687)
>BBO #479560
>Stern Shapiro Weissberg & Garin
>90 Canal Street
>Boston, MA 02114
>(617) 742-5800

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that her application for admission pro hac vice in the above captioned proceeding be granted.

FLORA EDWARDS
61 Broadway - Suite 1105
New York, New York 10006



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Flora Edwards

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of June, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of June, 2005**.



_____
Clerk

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**DISTRICT OF NEW JERSEY**

I, WILLIAM T. WALSH, *Clerk of the United States District Court for the District of New Jersey,*

DO HEREBY CERTIFY that *Flora M. Edwards* was duly admitted to practice in said Court on *June 10, 1996* and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: July 1, 2005

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee. Contact Board of Bar Examiners, New Jersey State Supreme Court.